

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Elizabeth Magro v. Alejandro Magro Junior

Appellate case number:   01-19-00701-CV

Trial court case number:  2017-45960

Trial court:              246th District Court of Harris County

        The reporter's record is due October 21, 2019. The clerk's record has been filed. Accordingly, appellant's brief is not yet due. *See* TEX. R. APP. P. 38.6(a) (appellant's brief is due within 30 days after clerk's record or reporter's record is filed, whichever is later).

        On October 15, 2019, appellant prematurely filed a motion for extension of time to file her brief. We deny the motion as moot. Appellant's brief is due 30 days after the reporter's record is filed in this Court. TEX. R. APP. P. 38.6(a).

        It is so ORDERED.

Judge's signature: _____ /s/ Julie Countiss_____
                         Acting individually

Date: __October 22, 2019_____